HON. FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.  CR03-0343FDB |
| Plaintiff, ) | |
| ) | ORDER |
| ERIK DERI, ) | |
| Defendant. ) | |

    The Court has considered the defendant's motion and accepts the defendant's written waiver. The defendant may appear at the restitution hearing through his attorney.

    IT IS HEREBY ORDERED, that Defendant Erik Deri's motion to waive his presence at restitution hearing and further proceedings is GRANTED.

    Dated this 14th day of July 2005.

    /s/ Franklin D Burgess
FRANKLIN D BURGESS
UNITED STATES DISTRICT JUDGE